IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

ORIGINAL

---

**ECHOSTAR TECHNOLOGIES CORPORATION**

                Plaintiff,

- against -

HANY SAID,

                Defendant.

---

CORPORATE DISCLOSURE STATEMENT

Civil No.

**04-10725 MLW**

The undersigned counsel of record for plaintiff, **ECHOSTAR TECHNOLOGIES CORPORATION**, a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

Echostar Communications Corporation is the parent of Echostar Technologies Corporation

Dated: April 2, 2004
      Ellenville, New York

                              ECHOSTAR TECHNOLOGIES CORPORATION,

                              BY: _____
                              WAYNE D. LONSTEIN
                              Attorney for Plaintiff
                              LONSTEIN LAW OFFICE, P.C.
                              Office and P.O. Address
                              1 Terrace Hill : P.O. Box 351
                              Ellenville, NY 12428
                              Telephone: (845) 647-8500
                              Facsimile: (845) 647-6277
                              *Our File No. ECT-9MA-01*