UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------

ECHOSTAR TECHNOLOGIES
CORPORATION,

                Plaintiff,

  -against-

HANY SAID,

                Defendants.

---------------------------------------------------------

**NOTICE OF DISMISSAL**
Civil Action No. 04-10725 MLW
Honorable Mark L. Wolfe

ECHOSTAR TECHNOLOGIES CORPORATION, Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 5, 2004
      Ellenville, New York

ECHOSTAR TECHNOLOGIES CORPORATION,

BY: /s/ Wayne D. Lonstein
WAYNE D. LONSTEIN
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. ECT-9MA-01*