UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------

**ECHOSTAR TECHNOLOGIES CORPORATION,**

                    Plaintiff,

                -against-

HANY SAID,

                    Defendant.

-------------------------------------------------------

**ORDER FOR DISMISSAL**

Civil Action No. 04-10725 MLW
Honorable Mark L. Wolfe

Considering Plaintiff's Notice of Dismissal as to Defendant **HANY SAID**, the arguments, exhibits and authorities in support thereof and the opposition thereto, if any, and good cause having been shown, it is hereby

ORDERED, that Defendant **HANY SAID** be Dismissed with prejudice and without costs to either party, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

SO ORDERED this ____ day of _____, 2004.

_____
HON. MARK L. WOLFE
UNITED STATES DISTRICT COURT JUDGE