ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

ECHOSTAR TECHNOLOGIES
CORPORATION,

V.

HANY SAID

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-10725MLW

TO: (Name and address of defendant)

HANY SAID, Individually
36 Orne Street
North Attleboro, MA 02760
Our File No. ECT-9MA-01

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428
(845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-9-04

CLERK                                                    DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE FILED 27 April 2004 @ 8:00 PM |
|---|---|
| NAME OF SERVER (PRINT)  Jon M. Bowdoin | TITLE  Process Server |

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served: _____

- [✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
  *Eving Fadale  DOB: 15 October 1978*

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  75-80 Miles | SERVICES  Original Process | TOTAL  $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  24 April 2004
_____
Date

Signature of Server  Jon M Bowdoin

Address of Server  Commonwealth Legal Support
P.O. Box 1048
Ashburnham, Mass., 01430

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

### UNITED STATES OF AMERICA
## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

ECHOSTAR TECHONOLOGIES CORPORATION,
        Plaintiff,

Vs.

DOCKET NUMBER: 04-10725-MLW

HANY SAID,
        Defendant.

_____/

# RETURN OF SEVICE and STATEMENT OF SERVICE FEES

COMES NOW Jon M. Bowdoin, being cautioned upon the pains of perjury, deposes and states that he received:

    I.      Summons (Federal 20 day)
    II.     Complaint
    Exhibits
To be served upon Hany Said;

Your deponent did serve the above named defendant, Hany Said, pursuant to F.R.C.P. 4(E)(2), at 9:00 P.M. on the 23rd day of April, 2004, A.D. by leaving the above listed documents with Eviny Gadala, D.O.B.: 10-15-78, his spouse, who resides with him at:
                36 Orne Street,
            North Attleborough,
                Bristol County,
        Commonwealth of Massachusetts,
                    02760;

FURTHER states Your Deponent that he is over the age of eighteen and totally disinterested in the above styled cause of action;

Service Fees total $75.00;

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.;

Executed on the 24th day of April, 2004, A.D. by: _____
Jon M. Bowdoin, Commonweatlh Legal Support Services, P.O. Box 1048, Ashburnham, Mass., 01430, Tel: 508-904-7488, Fax: 978-827-6914